DL Investigations & Attorney Support, LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 149305

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ASHH, INC. dba OOZE Wholesale**

Plaintiff / Petitioner,

vs.

**EXOTIC WHOLESALE, L.L.C.**

Defendant / Respondent.

NO. **CV-22-01585-PHX-DMF**

CERTIFICATE OF SERVICE

ORIGINAL

**Tina Nemeth**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CORPORATE DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

from **David C. Potts c/o Jones, Skelton & Hochuli** on **9/20/22** ; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** EXOTIC WHOLESALE, L.L.C., c/o Murad Jreissat, Statutory Agent

**DATE & TIME:** 10/9/22 11:00am
**PLACE &** 23291 N. 79TH AVENUE PEORIA, AZ 85383, which is his/her usual place of abode.
**MANNER:** In person.

9/20/22@12:50pm 2727 W. Indian School Road, Phoenix, 85017 I was told that Murad Jreissat was out of the country at this time. 9/27/22@1:25pm I was told that the subject was still out of town. 10/4/22@12:10pm I was told that the subject was still not in. I called the client and left a message. 10/6/22 I called the client and left a message. Description of the Named: Male, Age: 30'S, Ht: 6' 0in., Wt: 200, Eyes: brown, Hair: black, Ethnicity: Middle Eastern

Affiant - Registered in
Maricopa County

**Statement of Costs**
Services     $16.00
Mileage      $127.20
Sp. Handl.
Witness
Advances
Cert. Prep   $25.00     13 pages
Other        $3.25
**Total**    **$171.45**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.